■ ALBERT M. ZLOTNICK, Respondent, v SUMNER A. BAYE et al., Appellants. — Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered on October 25, 1983, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeals from the orders of said court, entered on or about September 23, 1983 and

October 13, 1983, unanimously dismissed as having been subsumed in the appeal from the aforesaid judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Carro and Milonas, JJ.